**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Chester C. Graham,                       Civil No. 11-1986 (RHK/TNL)

        Plaintiff,                 **DISQUALIFICATION AND**
                                         **ORDER FOR REASSIGNMENT**

vs.

Transworld Systems, Inc., a
California corporation,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 28, 2011

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge